**Indictment Synopsis**

| | |
|---|---|
| **Name:** | Emil Dzabiev |
| **Address:** (City & State Only) | Scarborough, Maine |
| **Year of Birth and Age:** | 1980/40 years old |
| **Violations:** | Count 1: Conspiracy to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Section 846. |
| **Penalties:** | Count 1: Imprisonment of not more than life (21 U.S.C. § 841(b)(1)(A)(viii)), or a fine not to exceed one million dollars ($10,000,000) (21 U.S.C. § 841(b)(1)(A) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Count 1: Not less than five years and not more than life. 21 U.S.C. § 841(b)(1)(A). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than five years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Classon |
| **Detention Status:** | In custody on pending motion to seek pre-trial detention |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |

| | |
|---|---|
| **AUSA:** | Todd Lowell<br>(D. Mass. Alathea Porter) |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |